**Marlin E. JONES, Appellant,**

v.

**Jonathan J. BLUM, Appellee.**

**No. 10–1756.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Aug. 6, 2010.

Filed: Sept. 3, 2010.

Marlin E. Jones, North Platte, NE, pro
se.

Before BYE, BOWMAN, and
COLLOTON, Circuit Judges.

PER CURIAM.

Marlin E. Jones appeals the district
court's [1] order dismissing his defamation
action without prejudice for lack of subject
matter jurisdiction. Upon de novo review,
*see Advance Am. Servicing of Ark., Inc. v.
McGinnis,* 526 F.3d 1170, 1173 (8th Cir.
2008), we agree with the district court that
dismissal was proper because Jones failed
to satisfy his burden of proving that the
amount in controversy exceeded $75,000,
after the court challenged the validity of
the amount alleged, *see* 28 U.S.C.
§ 1332(a)(1); *Missouri ex rel. Pemiscot
County v. W. Sur. Co.,* 51 F.3d 170, 173
(8th Cir.1995) (if opposing party or court
questions whether alleged amount in con-
troversy is legitimate, then party invoking
federal diversity jurisdiction bears burden

of establishing requisite amount by pre-
ponderance of evidence). Accordingly, we
affirm. *See* 8th Cir. R. 47B.

---

**1.** The Honorable Laurie Smith Camp, United
States District Judge for the District of Ne-
braska.